UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  08-20355-CIV-MORENO**

MARIANA PEREIRA, ANGIE BOSCHIAZO,
and others similarly-situated,

      Plaintiffs,

vs.

LA PASIVA GROUP, INC., a Florida
corporation, d/b/a El Rey Del Chivito, and ARON
WOLFSON, individually,

      Defendants.

_____/

## ORDER DENYING MOTIONS TO DISMISS

THIS CAUSE came before the Court upon Defendants' Motion to Dismiss (Amended) FLSA Complaint **(D.E. No. 11)**, filed on March 3, 2008 and Defendant Wolfson's Motion to Dismiss Amended FLSA Complaint **(D.E. No. 18)**, filed on April 8, 2008.

A court will not grant a motion to dismiss unless the plaintiff fails to allege any facts that would entitle the plaintiff to relief. Conley v. Gibson, 355 U.S. 41, 45-46 (1957); see also Bradberry v. Pinellas County, 789 F.2d 1513, 1515 (11th Cir. 1986).  When ruling on a motion to dismiss, a court must view the complaint in the light most favorable to the plaintiff and accept the plaintiff's well-pleaded facts as true.  Scheuer v. Rhodes, 416 U.S. 232, 236 (1974); St. Joseph's Hosp., Inc. v. Hosp. Corp. of Am., 795 F.2d 948, 953 (11th Cir. 1986).  While detailed factual allegations are not required, a plaintiff's obligation to provide the grounds of his entitlement to relief "requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." Bell Atl. Corp. v. Twombly, 127 S. Ct. 1955, 1964-65 (2007) (citations omitted).

In this case, the Court finds that the Plaintiffs have sufficiently alleged injury.  Through discovery, the Plaintiffs will be able to better prove their alleged associations with the Defendants, or, conversely, the Defendants will be more capable of disproving their alleged associations with the Plaintiffs.  For instance, whether or not Aron Wolfson is a covered entity under the Fair Labor Standards Act will come to light through the discovery process.  It may be appropriate for the Defendants to raise the arguments presented in their Motions to Dismiss at the Summary Judgment stage.  Therefore, it is

ADJUDGED that the Motions to Dismiss are **DENIED**.  Further, it is

ORDERED that Defendants shall file an answer by **July 24, 2008**.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

-2-