UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-20355-CIV-MORENO

MARIANA PEREIRA, *et al.*,

    Plaintiffs,

vs.

LA PASIVA GROUP, INC., *et al.*,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL AND ORDER
DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon a Mediation Report indicating that this case has settled **(D.E. 35)**, filed **July 30, 2008**.

THE COURT has considered the Report and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice. The Court will retain jurisdiction to enforce the terms of the settlement agreement. Further, all pending motions are **DENIED** as moot with leave to renew if appropriate. This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record